HUESTON HENNIGAN LLP
Robert N. Klieger (SBN 192962)
rklieger@hueston.com
Marshall A. Camp (SBN 231389)
mcamp@hueston.com
Andrew K. Walsh (SBN 273763)
awalsh@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340

Attorneys for Defendant
Shari Redstone

Daniel I. Small (*pro hac vice*)
Christopher M. Iaquinto (*pro hac vice*)
HOLLAND & KNIGHT LLP
10 Saint James Avenue, 11th Floor
Boston, MA 02116
Telephone: 617.573.2700
Fax: 617.523.6850
E-mail: dan.small@hklaw.com
christopher.iaquinto@hklaw.com

Kristina S. Azlin (SBN 235238)
Michael T. Boardman (SBN 279153)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Tel: 213.896.2400
Fax: 213.896.2450
Email: kristina.azlin@hklaw.com
michael.boardman@hklaw.com

Attorneys for Defendant
Tyler Korff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MANUELA HERZER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHARI REDSTONE, an individual, and TYLER KORFF, an individual,<br><br>Defendants. | Case No. 2:17-cv-07545-PSG-KS<br><br>**DEFENDANTS' JOINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS TO DISMISS AND STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge:      Philip S. Gutierrez<br>Date:        June 11, 2018<br>Time:        1:30 p.m.<br><br>[*Notices of Motions; Motions to Dismiss; Motions to Strike; and [Proposed] Orders filed concurrently*] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Shari Redstone ("Redstone") and Tyler Korff ("Korff"), by and through their attorneys of record, hereby request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents, in support of (i) Redstone's Motion to Dismiss Plaintiff's First Amended Complaint; (ii) Korff's Motion to Dismiss Plaintiff's First Amended Complaint; and (iii) Korff's Motion to Strike Selected Allegations From Plaintiff's First Amended Complaint:

| 1. | *Petition for Determinations re Advance Health Care Directive of Sumner M. Redstone*, Case No. BP168725, filed by Manuela Herzer in the Superior Court of the State of California on Nov. 24, 2015 |
|----|---|
| 2. | Excerpt of Reporter's Transcript of Proceedings in *In re the Matter of Sumner M. Redstone*, Case No. BP168725, dated May 6, 2016 (Opening Statement of Manuela Herzer before the Honorable Judge David J. Cowan) |
| 3. | Complaint in *Manuela Herzer v. Shari Redstone et al.*, Case No. BC619766, filed by Manuela Herzer in the Superior Court of the State of California on May 9, 2016 |
| 4. | Ruling on Motion to Dismiss Petition in *In re: Advance Health Care Directive of Sumner M. Redstone*, Case No. BP168725, dated May 9, 2016 (Cowan, J.) |
| 5. | Complaint in Equity in *Philippe Dauman and George S. Abrams v. Shari Redstone et al.*, Case No. 16-E-0020, filed in the Probate and Family Court of the Commonwealth of Massachusetts on May 23, 2016 |
| 6. | Verified Complaint in *Frederic V. Salerno v. National Amusements, Inc. et al.*, Case No. 12473-CB, filed in the Court of Chancery of the State of Delaware on June 16, 2016 |

5301277

| 7. | Notice of Ruling on Defendants Shari Redstone's and Isileli Tuanaki's Demurrers to Plaintiff's Complaint in *Manuela Herzer v. Shari Redstone et al.*, Case No. BC619766, filed on September 7, 2016 in the Superior Court of the State of California (Honorable Judge Suzanne G. Bruguera) |
| 8. | First Amended Complaint in *Manuela Herzer v. Shari Redstone et al.*, Case No. B619766, filed by Manuela Herzer in the Superior Court of the State of California on October 4, 2016 |
| 9. | Complaint in *Sumner M. Redstone v. Manuela Herzer et al.*, Case No. BC638054, filed in the Superior Court of the State of California on October 25, 2016 |
| 10. | Docket in *Philippe Dauman and George S. Abrams v. Shari Redstone et al.*, Case No. 16-E-0020, for the Probate and Family Court of the Commonwealth of Massachusetts |
| 11. | Notice of Objection by Defendant Manuela Herzer to the Notice of Related Cases, in *Sumner Redstone v. Manuela Herzer et al.*, Case No. BC638054, filed in the Superior Court of the State of California on November 10, 2016 |
| 12. | Notice of Related Case in *Sumner Redstone v. Manuela Herzer et al.*, Case No. BC638054, filed in the Superior Court for the State of California on November 10, 2016 |
| 13. | Transcript of Proceedings in *Sumner Redstone v. Manuela Herzer, et al.*, Case No. BC638054 dated April 21, 2017 (before the Honorable Robert L. Hess) |
| 14. | Petition to Invalidate Fortieth Amendment in *In re the Matter of the Sumner M. Redstone 2003 Trust dated July 23, 2003, as amended and restated*, Case No. 17STPB04740, filed by Manuela Herzer in the Superior Court of the State of California on May 30, 2017 |

| 15. | Second Amended Complaint in *Manuela Herzer v. Shari Redstone et al.*, Case No. BC619766, filed by Manuela Herzer in the Superior Court of the State of California on May 30, 2017 |
|---|---|
| 16. | Peremptory Challenge to Judicial Officer (Hon. David J. Cowan) in *In re the Matter of Sumner Redstone 2003 Trust dated July 23, 2003, as amended and restated*, Case No. 17STPB04740, filed on behalf of Manuela Herzer in the Superior Court of the State of California on July 12, 2017 |
| 17. | Ruling on Peremptory Challenge in *In re: Sumner M. Redstone 2003 Trust dated July 23, 2003, as amended and restated*, Case No. 17STPB04740, dated August 18, 2017 (Cowan, J.) |
| 18. | Petition for Writ of Mandate in *Manuela Herzer v. Superior Court of California for the County of Los Angeles*, for Case No. 17STPB04740, filed by Manuela Herzer in the Court of Appeal of the State of California on September 1, 2017 |
| 19. | Order in *Herzer v. Superior Court of the State of California for the County of Los Angeles*, Case No. B284786 (for Case No. 17STPB05740), Court of Appeal of the State of California, dated September 15, 2017 |
| 20. | Petition for Review in *Manuela Herzer v. Superior Court of California for the County of Los Angeles*, Case No. B284786 filed by Manuela Herzer in the Supreme Court of California on September 22, 2017 |
| 21. | Defendant Manuela Herzer's Notice of Motion and Motion for Summary Judgment in *Sumner Redstone v. Manuela Herzer, et al.*, Case No. BC638054, filed in the Superior Court of the State of California on October 5, 2017 |

5301277

| | | |
|---|---|---|
| | 22. | Order in *Manuela Herzer v. Superior Court of Los Angeles County*, Case No. S244490 (for Case No. B284786), Supreme Court of California, dated November 1, 2017 |
| | 23. | Order affirming dismissal in *Manuela Herzer v. Sumner Redstone*, Case No. B276191, Court of Appeal of the State of California, dated January 2, 2018 |
| | 24. | Motion to Continue Trial in *In re the Matter of the Sumner M. Redstone 2003 Trust, dated July 23, 2003, as amended and restated*, Case No. 17STPB04740, filed by Manuela Herzer in the Superior Court of the State of California on April 9, 2018 |
| | 25. | Request for Dismissal in *In re the Matter of the Sumner M. Redstone 2003 Trust dated July 23, 2003, as amended and restated*, Case No. 17STPB04740, filed by Manuela Herzer in the Superior Court of the State of California on April 11, 2018 |
| | 26. | Sumner M. Redstone's Petition for Order Confirming Validity of Fortieth Amendment in *In re the Matter of the Sumner M. Redstone 2003 Trust dated July 23, 2003, as amended and restated*, Case No. 17STPB04740, filed in the Superior Court of the State of California on April 16, 2018 |
| | 27. | Summons and Complaint in *Sumner M. Redstone v. Manuela Herzer and Hotel Carlyle Owners Corp.*, Case No. 159840-2016, filed in the Supreme Court of the State of New York on November 22, 2016 |
| | 28. | Decision/Order in *Sumner M. Redstone v. Manuela Herzer and Hotel Carlyle Owners Corp.*, Case No. 159840-2016, Supreme Court of the State of New York, dated October 26, 2017 (Edwards, J.) |
| | 29. | Notice of Appeal in *Sumner M. Redstone v. Manuela Herzer and Hotel Carlyle Owners Corp.*, Case No. 159840-2016, filed in the Supreme Court of the State of New York on November 22, 2017 |

- 4 -

| 30. | Motion for Leave to Amend Answer To Assert Counterclaim And For Leave To Add Additional Parties in *Sumner M. Redstone v. Manuela Herzer and Hotel Carlyle Owners Corp.*, Case No. 159840-2016, filed by Manuela Herzer in the Supreme Court of the State of New York on March 8, 2018 |
|---|---|
| 31. | Memorandum of Law in Support of Motion for Leave to File Amended Answer in *Sumner M. Redstone v. Manuela Herzer and Hotel Carlyle Owners Corp.*, Case No. 159840-2016, filed by Manuela Herzer in the Supreme Court of the State of New York on March 8, 2018 |
| 32. | Proposed Amended Answer, Affirmative Defenses, and Counterclaim in *Sumner M. Redstone v. Manuela Herzer and Hotel Carlyle Owners Corp.*, Case No. 159840-2016, filed in the Supreme Court of the State of New York on March 8, 2018 |
| 33. | Docket in *Manuela Herzer v. Shari Redstone et al.*, Case No. BC619766, Superior Court of the State of California |
| 34. | Docket in *In re the Matter of the Sumner M. Redstone 2003 Trust dated July 23, 2003, as amended and restated*, Case No. 17STPB04740, Superior Court of the State of California |
| 35. | Docket in *Sumner M. Redstone v. Manuela Herzer et al.*, Case No. BC638054, Superior Court of the State of California |
| 36. | Docket in *Sumner M. Redstone v. Manuela Herzer and Hotel Carlyle Owners Corp.*, Case No. 159840-2016, Supreme Court of the State of New York |
| 37. | Viacom Inc. Form 8-K filed with the U.S. Securities and Exchange Commission on August 23, 2016 |

5301277

1

## DISCUSSION

2       A document or matter may be judicially noticed if it "can accurately and readily

3   be determined from sources whose accuracy cannot reasonably be questioned." Fed.

4   R. Evid. 201(b).  In the context of a motion to dismiss, matters of public record,

5   including materials from proceedings in other tribunals, are proper subjects of judicial

6   notice. *Intri-Plex Techs., Inc. v. Crest Grp., Inc.*, 499 F.3d 1048, 1052 (9th Cir. 2007);

7   *Biggs v. Terhune*, 334 F.3d 910, 915 n.3 (9th Cir. 2003), *overruled on other grounds*

8   *by Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2010).  A court may take judicial

9   notice of the existence of these materials and their contents, but not their truth.  *See IV*

10  *Sols., Inc. v. United HealthCare Servs., Inc.*, 2017 WL 3018079, at *2 (C.D. Cal. July

11  12, 2017).

12      *Yeager v. Bowlin*, 2008 WL 3289481 (E.D. Cal. Aug. 6, 2008) is instructive.

13  There, on a motion to dismiss, the defendants requested that the district court take

14  judicial notice of various documents filed in a state court action.  *Id.* at *3.  The court

15  noted that the defendants did not "request judicial notice of the truth of the substantive

16  content of these pleadings," but only the "fact and content of the pleadings as they

17  related to the notice that plaintiffs had of their potential claims." *Id.*  Accordingly, the

18  court took judicial notice of the materials because they directly related to whether and

19  when the plaintiff "had notice of his potential claims such that they would now be

20  barred by the applicable statute of limitations." *Id.*

21      Here, Exhibits 1 through 36 are all rulings, pleadings, dockets, or other filings

22  from the various state court actions associated with this case.  Their accuracy cannot

23  reasonably be questioned, and they all directly relate to the matters at issue, including

24  whether and when Manuela Herzer became aware of the facts underlying her present

25  claims, and the scope and substance of her prior claims in other courts.  As such, the

26  Court may properly take judicial notice of these materials' existence, as well as their

27  contents.  *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th

28

DEFENDANTS' JOINT REQUEST FOR JUDICIAL NOTICE ISO MOTIONS TO DISMISS AND STRIKE
PLAINTIFF'S FIRST AMENDED COMPLAINT
5301277

1 Cir. 2006) (taking judicial notice of court filings to determine what was litigated in
2 prior, related actions); *IV Sols.*, 2017 WL 3018079, at \*2.

3      Exhibit 37 is a public SEC filing by Viacom Inc. Courts routinely find SEC
4 filings to be public records that are judicially noticeable under Federal Rule of
5 Evidence 201. *See, e.g.*, *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir.
6 2006); *In re Hansen Nat. Corp. Sec. Litig.*, 527 F. Supp. 2d 1142, 1149 n.2 (C.D. Cal.
7 2007); *In re Netflix, Inc. Sec. Litig.*, 2005 WL 1562858, at \*5 (N.D. Cal. June 28,
8 2005). Accordingly, the Court may also properly take judicial notice of the existence
9 and contents of Exhibit 37.

10      This Request is based on the discussion above; the accompanying Notices of
11 Motion and Motions to Dismiss and Strike Plaintiff's First Amended Complaint; and
12 such other evidence as may be presented in connection with this Request.

14 Dated: April 27, 2018      Respectfully submitted,

15      HUESTON HENNIGAN LLP

17      By: _____
18        Robert N. Klieger
       Andrew K. Walsh
19        Attorneys for Defendant Shari
       Redstone

20 Dated: April 27, 2018      HOLLAND & KNIGHT LLP
21

22      By: _____
23        Daniel I. Small (*pro hac vice*)
       Kristina S. Azlin
24        Michael T. Boardman
       Christopher Iaquinto (*pro hac vice*)
25        Attorneys for Defendant Tyler Korff