**HUESTON HENNIGAN LLP**
Robert N. Klieger (SBN 192962)
rklieger@hueston.com
Marshall A. Camp (SBN 231389)
mcamp@hueston.com
Andrew K. Walsh (SBN 273763)
awalsh@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340

Attorneys for Defendant
Shari Redstone

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MANUELA HERZER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHARI REDSTONE, an individual, and TYLER KORFF, an individual,<br><br>Defendants. | Case No. 2:17-cv-07545-PSG-KS<br><br>**DECLARATION OF ANDREW K. WALSH IN SUPPORT OF DEFENDANT SHARI REDSTONE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR ALTERNATIVELY, STAY THE PROCEEDINGS, AND NOTICE OF MOTION AND MOTION TO STRIKE SELECTED ALLEGATIONS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Philip S. Gutierrez<br>Date: June 11, 2018<br>Time: 1:30 p.m.<br><br>[*Notices of Motions; Motions to Dismiss; Motions to Strike; and [Proposed] Orders filed concurrently*] |

## DECLARATION OF ANDREW K. WALSH

I, Andrew K. Walsh, declare as follows:

1. I am an attorney at the law firm of Hueston Hennigan LLP, counsel of record for Defendant Shari Redstone ("Redstone") in the above-captioned action. I am a member of good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a redacted excerpt of the Fortieth Amendment to and Complete Restatement of Sumner M. Redstone 2003 Trust.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff Manuela Herzer's Responses to Defendant Shari Redstone's Form Interrogatory No. 9.1, provided in connection with *Manuela Herzer v. Shari Redstone and Tyler Korff*, Case No. BC619766 (Cal. Super. Ct.), dated January 19, 2018.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff Manuela Herzer's First Amended Complaint ("FAC") in the above-captioned action, dated March 27, 2018, with highlighting added to indicate the allegations that Redstone moves to strike in her concurrently filed Motion to Strike.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of April, 2018, at Los Angeles, California.

                                             */s/ Andrew K. Walsh*
                                               Andrew K. Walsh